UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES FOR THE MICHIGAN
CARPENTERS' COUNCIL PENSION
FUND, et al.,

        Plaintiffs,

                                    Case No. 1:10-cv-728

v.

                                    HONORABLE PAUL L. MALONEY

MIDWEST COMMERCIAL
CARPENTRY, LLC,

        Defendant.

_____/

## ORDER TO SHOW CAUSE

        The court records reflect that plaintiffs served a summons and complaint on defendant on August 17, 2010, and defendant has failed to file a response within the time allowed in the court rules.  The court records further indicate that plaintiff has failed to enter a default.  Therefore,

        **IT IS HEREBY ORDERED** that plaintiffs shall either apply for entry of default within twenty-eight (28) days of the date of this order or show cause in writing why the Court should not dismiss the case against Midwest Commercial Carpentry, LLC for lack of prosecution pursuant to W.D. Mich, LCivR 41.1

Date:   October 22, 2010                  __/s/ Paul L. Maloney_____
                                            Paul L. Maloney
                                          Chief United States District Judge