UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES FOR THE MICHIGAN
CARPENTERS' COUNCIL PENSION
FUND, ET AL,

        Plaintiffs,

Case No. 1:10-cv-728

v.

HONORABLE PAUL L. MALONEY

MIDWEST COMMERCIAL
CARPENTRY, LLC,

        Defendant.
_____/

## ORDER REGARDING DEFAULT JUDGMENT

It appearing that default was entered against defendant Midwest Commercial Carpentry, LLC on October 28, 2010. It further appearing that plaintiffs have not applied for Judgment by Default against said defendant. Therefore,

**IT IS HEREBY ORDERED** that plaintiffs shall submit pleadings necessary to obtain a judgment against said defendant pursuant to either Fed.R.Civ.P. 55(b)(1) or 55(b)(2) by **November 29, 2010**.

**IT IS FURTHER ORDERED** that failure to comply with this Order may result in dismissal of this case for lack of prosecution pursuant to W.D. Mich.LCivR 41.1.


Dated: November 15, 2010                        /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         Chief United States District Judge